O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD OWEN MUNDY,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN OF CALIFORNIA STATE PRISON AT SUSANVILLE,<br><br>　　　　　　Respondent. | CASE NO. SA CV 01-01066 VAP (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, records on file, and the Fourth and Final Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 26, 2009

　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE