**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD OWEN MUNDY, ) | CASE NO. SA CV 01-01066 VAP (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| WARDEN OF CALIFORNIA STATE ) PRISON AT SUSANVILLE, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Second Amended Petition of LEONARD OWEN MUNDY, for a writ of habeas corpus. Having reviewed the Second Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: February 26, 2009

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE